```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 13278
   DIANE AUSTIN
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-8541

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 10/17/2006 and was confirmed 12/14/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 02/28/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
------------------------------------------------------------------------------
BANK OF NEW YORK           CURRENT MORTG        .00             .00            .00
BANK OF NEW YORK           MORTGAGE ARRE   7199.68              .00            .00
COUNTRYWIDE HOME LENDING   NOTICE ONLY    NOT FILED             .00            .00
COUNTRYWIDE HOME LOANS     NOTICE ONLY    NOT FILED             .00            .00
CITY OF CHICAGO WATER DE   SECURED          600.00              .00         360.00
HONOR FINANCE              SECURED NOT I   5619.25              .00            .00
HONOR FINANCE              UNSECURED      NOT FILED             .00            .00
HONOR FINANCE              NOTICE ONLY    NOT FILED             .00            .00
AMERICASH LOANS LLC        UNSECURED        493.37              .00            .00
DEVON FINANCIAL SERVICE    UNSECURED        357.45              .00            .00
LITTON LOAN SERVICING      NOTICE ONLY    NOT FILED             .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED        594.86              .00            .00
MCI                        UNSECURED      NOT FILED             .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED        181.08              .00            .00
PAYDAY LOAN CORP           UNSECURED      NOT FILED             .00            .00
PEOPLES ENERGY             UNSECURED      NOT FILED             .00            .00
RETAILERS NATIONAL BANK    NOTICE ONLY    NOT FILED             .00            .00
SAGE TELECOM INC           UNSECURED      NOT FILED             .00            .00
SPRINT PCS                 UNSECURED      NOT FILED             .00            .00
XPRESS LOAN SHOP           UNSECURED      NOT FILED             .00            .00
SBC ILLINOIS               UNSECURED        222.12              .00            .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY     2,954.00                         2,954.00
TOM VAUGHN                 TRUSTEE                                            217.45
DEBTOR REFUND              REFUND                                              .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                3,531.45

PRIORITY                                        .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 13278 DIANE AUSTIN
```

```
SECURED                                                  360.00
UNSECURED                                                   .00
ADMINISTRATIVE                                         2,954.00
TRUSTEE COMPENSATION                                     217.45
DEBTOR REFUND                                               .00
                                 ---------------   ---------------
TOTALS                                  3,531.45          3,531.45
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 08/21/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
         CASE NO. 06 B 13278 DIANE AUSTIN